(Pleito No. 209.—Retirado el 27 de Junio de 1902.)

## Burset contra El Registrador de la Propiedad.

### Solicitud de un *Mandamus*.

Desistimiento de un recurso.   En cualquier estado del recurso puede desistir de él la parte recurrente.

### RESOLUCIÓN.

San Juan de Puerto Rico, veinte y siete de Junio de mil novecientos dos.—Por presentado el anterior escrito en el que el Abogado Don Herminio Díaz Navarro desiste del recurso gubernativo que tenía interpuesto á nombre de Don Víctor Burset y Masferrer contra resolución del Registrador de la Propiedad de Humacao que le denegó la inscripción de una escritura de venta de varias fincas rústicas.—Considerando: Que en cualquier estado del recurso puede desistir de él la parte recurrente.—Se tiene por desistido al Abogado Don Herminio Díaz Navarro del recurso gubernativo que interpuso á nombre de Don Víctor Burset y Masferrer, á su perjuicio,—Notifíquesele y comuníquese esta resolución al Registrador de la Propiedad de Humacao para su conocimiento y demás efectos.—Lo acordaron y firman los señores del Tribunal, de que certifico.

José S. Quiñones.—José C. Hernández.—José M.ª Figueras.—Louis Sulzbacher.—J. H. McLeary.—Antonio F. Castro, *Secretario*.